JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS SAMUEL JESSOP,

          Petitioner,

       v.

PEOPLE OF THE STATE OF CALIFORNIA,

          Respondent.

Case No. 2:25-cv-10506-SPG (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:   May 7, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1